UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jason Bernard Edwards,    Civil No. 19-2984 (PJS/LIB)

    Petitioner,

vs.    ORDER ADOPTING
REPORT AND RECOMMENDATION

William Bolin, Warden,

    Respondent.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED**; and

2. This action is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 8/17/20    _____
At Minneapolis, Minnesota    Patrick J. Schiltz, Judge
United States District Court