UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Jonathan Bernard Edwards,                                    Civil No. 19-2984 (PJS/LIB)

        Petitioner,

vs.                                                                               ORDER ADOPTING
                                                   REPORT AND RECOMMENDATION

William Bolin, Warden,

        Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED**; and

2. This action is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2020                                      _____
At Minneapolis, Minnesota                                    Patrick J. Schiltz, Judge
                                                           United States District Court